# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MELISSA KIMBLE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-00426-JED-TLW |
| | ) |
| **K-MAC ENTERPRISES, INC., and** | ) |
| **DALE ROBERSON, an individual** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT OF DISMISSAL

This Court has granted the Motion to Dismiss (Doc. 9) filed by defendant K-Mac Enterprises, Inc. This case is hereby dismissed without prejudice.

**DATED** this 18th day of June, 2015.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE